United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Daniel Calderone, Jr.  
Maria Emilia Calderone  
    Debtors

Case No. 23-00242-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Mar 14, 2023     Form ID: ntcnfhrg     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Calderone, Jr., Maria Emilia Calderone, 2337 Southridge Drive, East Stroudsburg, PA 18302-8472 |
| 5520165 | + | ACCELERATED INVENTORY MGT LLC, 1800 2ND STREET, SARASOTA, FL 34236-5990 |
| 5520166 | | BUSHKILL EMERGENCY CORPS, PO BOX 417, GILBERTSVILLE, PA 19525-0417 |
| 5520167 | + | C TECH COLLECTIONS, PO BOX 402, MOUNT SINAI, NY 11766-0402 |
| 5520174 | + | GEISINGER COMMUNITY MED CENTER, 1800 MULBERRY STREET, SCRANTON, PA 18510-2369 |
| 5520175 | + | GLOBAL HOLDINGS LLC, 4343 S 118TH E AVE STE 220, TULSA, OK 74146-4405 |
| 5520181 | | NAPA AT POCONO MEDICAL CENTER, C/O C-TECH COLLECTIONS, 5505 NESCONSET HWY SUITE 200, MOUNT SINAI, NY 11766-2026 |
| 5520186 | + | TSAROUHIS LAW GROUP, 21 S 9TH STREET STE 200, ALLENTOWN, PA 18102-4861 |
| 5520187 | + | WAYNE COUNTY BANK & TRUST, 717 MAIN STREET, HONESDALE, PA 18431-1880 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Mar 14 2023 18:59:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520168 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 14 2023 18:40:00 | CAINE & WEINER, 12005 FORD ROAD, DALLAS, TX 75234-7230 |
| 5520169 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2023 18:59:24 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5520170 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2023 18:59:29 | CITIBANK NA, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 5520171 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 14 2023 18:40:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5520172 | | Email/Text: payroll@exactsciences.com | Mar 14 2023 18:40:00 | EXACT SCIENCES, 145 E BADGER ROAD, MADISON, WI 53713-2723 |
| 5520173 | | Email/Text: bknotices@fbcs-inc.com | Mar 14 2023 18:40:00 | FBCS INC, 330 S WARMINSTER ROAD, SUITE 353, HATBORO, PA 19040-3433 |
| 5520176 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 14 2023 18:59:32 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5520177 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Mar 14 2023 18:40:00 | LAKEVIEW LOAN SERVICING, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5525773 | ^ | MEBN | Mar 14 2023 18:38:07 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5520178 | + | Email/Text: Documentfiling@lciinc.com | Mar 14 2023 18:40:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5520179 | | Email/Text: camanagement@mtb.com | Mar 14 2023 18:40:00 | M&T BANK, LENDING SERVICES, PO BOX 900, MILLSBORO, DE 19966 |
| 5520180 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2023 18:40:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, TROY, MI 48083-1271 |
| 5526655 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2023 18:40:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5520182 | | Email/Text: bankruptcies@penncredit.com | Mar 14 2023 18:40:00 | PENN CREDIT, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5520183 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2023 18:59:25 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5525976 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 14 2023 18:59:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5524979 | | Email/Text: bnc-quantum@quantum3group.com | Mar 14 2023 18:40:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5520184 | | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 18:59:33 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5520288 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 14 2023 18:59:24 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520185 | + | Email/PDF: tbiedi@PRAGroup.com | Mar 14 2023 18:59:33 | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5526656 | *+ | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |

| | |
|---|---|
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Maria Emilia Calderone lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Daniel Calderone Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | |
| :--- | :--- |
| Daniel Calderone Jr., <br> aka Daniel Calderone, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−00242−MJC |
| Maria Emilia Calderone, <br> aka Maria E. Calderone, aka Maria Calderone, | |
| **Debtor 2** | |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**April 20, 2023** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main <br> Street, Wilkes−Barre, PA 18701 | Date: April 27, 2023 <br><br> Time: 10:00 AM |
| :--- | :--- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: PamelaRadginski, Deputy Clerk |
| :--- | :--- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: March 14, 2023 |

ntcnfhrg (08/21)