UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

CHAPTER 13

CASE NO: 5-23-00242-MJC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant

vs.

DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on May 15, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, and respectfully represents the following:

1. A Plan was filed on February 3, 2023.

2. A hearing was held and an Order was entered on April 27, 2023 directing that an amended plan be filed within fourteen (14) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: 717-566-6097
email: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

    Debtor(s)      CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant      CASE NO: 5-23-00242-MJC

DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

U.S. Bankruptcy Court      Date: June 15, 2023
Max Rosenn U.S. Courthouse
Courtroom #2      Time: 10:00 AM
197 S. Main Street
Wilkes Barre, PA

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Date: May 15, 2023      /s/ Agatha R. McHale, Esquire
Id: 47613
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

CHAPTER 13

CASE NO: 5-23-00242-MJC

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

    Movant

vs.

DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

    Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 15, 2023, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically
VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA 18360-0511

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by 1st Class Mail
DANIEL CALDERONE, JR.
2337 SOUTHRIDGE DRIVE
EAST STROUDSBURG, PA 18302

I certify under penalty of perjury that the foregoing is true and correct.

Date: May 15, 2023

/s/ Vickie Williams
Office of Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-23-00242-MJC

Movant

DANIEL CALDERONE, JR.
AKA: DANIEL CALDERONE
MARIA EMILIA CALDERONE
AKA: MARIA CALDERONE, MARIA E. CALDERONE

Respondent(s)

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.