United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00242-MJC
Daniel Calderone, Jr.  Chapter 13
Maria Emilia Calderone
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3
Date Rcvd: Jun 16, 2023      Form ID: ordsmiss      Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Calderone, Jr., Maria Emilia Calderone, 2337 Southridge Drive, East Stroudsburg, PA 18302-8472 |
| 5520165 | + | ACCELERATED INVENTORY MGT LLC, 1800 2ND STREET, SARASOTA, FL 34236-5990 |
| 5520166 | | BUSHKILL EMERGENCY CORPS, PO BOX 417, GILBERTSVILLE, PA 19525-0417 |
| 5520167 | + | C TECH COLLECTIONS, PO BOX 402, MOUNT SINAI, NY 11766-0402 |
| 5520174 | + | GEISINGER COMMUNITY MED CENTER, 1800 MULBERRY STREET, SCRANTON, PA 18510-2369 |
| 5520175 | + | GLOBAL HOLDINGS LLC, 4343 S 118TH E AVE STE 220, TULSA, OK 74146-4405 |
| 5532088 | | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5520181 | | NAPA AT POCONO MEDICAL CENTER, C/O C-TECH COLLECTIONS, 5505 NESCONSET HWY SUITE 200, MOUNT SINAI, NY 11766-2026 |
| 5520185 | + | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |
| 5520186 | + | TSAROUHIS LAW GROUP, 21 S 9TH STREET STE 200, ALLENTOWN, PA 18102-4861 |
| 5520187 | + | WAYNE COUNTY BANK & TRUST, 717 MAIN STREET, HONESDALE, PA 18431-1880 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: BASSASSOC.COM | Jun 16 2023 22:43:00 | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| cr | + | EDI: RECOVERYCORP.COM | Jun 16 2023 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5530932 | + | EDI: BASSASSOC.COM | Jun 16 2023 22:43:00 | Accelerated Inventory Mgt, LLC, C/o Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 5530644 | + | EDI: RECOVERYCORP.COM | Jun 16 2023 22:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5520168 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Jun 16 2023 18:43:00 | CAINE & WEINER, 12005 FORD ROAD, DALLAS, TX 75234-7230 |
| 5520169 | | EDI: CAPITALONE.COM | Jun 16 2023 22:43:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5520170 | | EDI: CITICORP.COM | Jun 16 2023 22:43:00 | CITIBANK NA, 5800 SOUTH CORP PLACE, SIOUX FALLS, SD 57108 |
| 5520171 | | EDI: WFNNB.COM | Jun 16 2023 22:43:00 | COMENITY BANK, BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 5520172 | | Email/Text: payroll@exactsciences.com | Jun 16 2023 18:43:00 | EXACT SCIENCES, 145 E BADGER ROAD, MADISON, WI 53713-2723 |
| 5520173 | | Email/Text: bknotices@fbcs-inc.com | Jun 16 2023 18:43:00 | FBCS INC, 330 S WARMINSTER ROAD, SUITE 353, HATBORO, PA 19040-3433 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5532088 | | Email/Text: BNCnotices@dcmservices.com | Jun 16 2023 18:43:00 | Geisinger, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5520176 | | EDI: JPMORGANCHASE | Jun 16 2023 22:43:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5520177 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Jun 16 2023 18:43:00 | LAKEVIEW LOAN SERVICING, 3637 SENTARA WAY, VIRGINIA BEACH, VA 23452-4262 |
| 5525773 | ^ | MEBN | Jun 16 2023 18:41:07 | LAKEVIEW LOAN SERVICING LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5520178 | + | EDI: LENDNGCLUB | Jun 16 2023 22:43:00 | LENDING CLUB CORP, 71 STEVENSON STREET, SUITE 1000, SAN FRANCISCO, CA 94105-2967 |
| 5529893 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2023 19:00:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5520179 | | Email/Text: camanagement@mtb.com | Jun 16 2023 18:43:00 | M&T BANK, LENDING SERVICES, PO BOX 900, MILLSBORO, DE 19966 |
| 5520180 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 18:43:00 | MIDLAND CREDIT MANAGEMENT, 320 E BIG BEAVER RD STE 300, TROY, MI 48083-1271 |
| 5526655 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 16 2023 18:43:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5520182 | | Email/Text: bankruptcies@penncredit.com | Jun 16 2023 18:43:00 | PENN CREDIT, PO BOX 69703, HARRISBURG, PA 17106-9703 |
| 5520183 | | EDI: PRA.COM | Jun 16 2023 22:43:00 | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK, VA 23541-1067 |
| 5525976 | | EDI: PRA.COM | Jun 16 2023 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5524979 | | EDI: Q3G.COM | Jun 16 2023 22:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5520184 | | EDI: RMSC.COM | Jun 16 2023 22:43:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965061, ORLANDO, FL 32896-5061 |
| 5520288 | + | EDI: RMSC.COM | Jun 16 2023 22:43:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5520185 | + | EDI: Q3GTBI | Jun 16 2023 22:43:00 | THE BUREAUS, 650 DUNDEE ROAD, SUITE 370, NORTHBROOK, IL 60062-2757 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5526656 | *+ | MIDLAND CREDIT MANAGEMENT, INC., PO BOX 2037, WARREN, MI 48090-2037 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Bass and Associates PC | on behalf of Creditor Accelerated Inventory Mgt  LLC ecf@bass-associates.com |
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 2 Maria Emilia Calderone lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |
| Vincent Rubino | on behalf of Debtor 1 Daniel Calderone  Jr. lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Daniel Calderone Jr., aka Daniel Calderone, | Chapter 13 |
| **Debtor 1** | Case No. 5:23−bk−00242−MJC |
| Maria Emilia Calderone, aka Maria E. Calderone, aka Maria Calderone, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

Dated: June 16, 2023

ordsmiss (05/18)